UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | ( ) |
|---|---|---|
| TELEPHONE (✓) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL    ( ) | DISCOVERY | (✓) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Monday, February 26, 2007 @ 10:00 a.m.

CASE NUMBER: 3:CV-06-1075

CAPTION:    Oehlmann v. Metropolitan

COUNSEL FOR PLAINTIFF:        Timothy G. Lenahan, Esquire

COUNSEL FOR DEFENDANT:        Veronica Saltz, Esquire

---

**CONFERENCE RESULTS:**

♦   Plaintiff is trying to depose two persons from defense (lawyer and paralegal) who defense previously agreed to produce. Now defense wishes to file a protective order. Why not previously?

♦   Discovery to run until February 28, 2007;

♦   Plaintiff may be able to depose on factual issues rather than attorney-client work product. If they cannot accommodate each other, defense to file the motion for protective order.